UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ROBERT D. SANGO,

       Plaintiff,

v.

UNKNOWN WEST et al.,

       Defendants.

_____/

Case No. 1:20-cv-156

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:   April 23, 2020          /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge